IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANDREA S. McLAREN, CNM,                )
                                       ) Civil Action
            Plaintiff                  ) No. 10-cv-04224
                                       )
    vs.                                )
                                       )
AIG DOMESTIC CLAIMS, INC.,             )
                                       )
            Defendant                  )

O R D E R

   NOW, this 30th day of March, 2012, upon consideration of the following:

   (1)  Defendant AIG Domestic Claims, Inc.'s Motion to
        Dismiss Pursuant to Federal Rule of Civil
        Procedure 12(b)(6) filed November 30, 2010;
        together with,

        (a)  Brief of Defendant AIG Domestic Claims, Inc.
             in Support of Motion to Dismiss Pursuant to
             Federal Rule of Civil Procedure 12(b)(6);

   (2)  Brief of Plaintiff Andrea S. McLaren, CNM in
        Opposition to Defendant AIG Domestic Claims,
        Inc.'s Motion to Dismiss Pursuant to
        F.R.C.P. 12(b)(6), which brief was filed
        December 21, 2010;

   (3)  Reply Brief of Defendant AIG Domestic Claims, Inc.
        in Further Support of Motion to Dismiss Pursuant
        to Federal Rule of Civil Procedure 12(b)(6), which
        reply brief was filed January 14, 2011;

   (4)  Second Amended Complaint filed by plaintiff
        March 1, 2011; together with,

        (a)  Exhibits A through E to the Second Amended
             Complaint; and

   (5)  Order of the undersigned dated March 14, 2011
        (Document 21) reinstating the above motion to
        dismiss, brief of defendant, brief of plaintiff,
        and reply brief of defendant;

and for the reasons articulated in the accompanying Opinion,

IT IS ORDERED that defendant's motion to dismiss is granted.

IT IS FURTHER ORDERED that plaintiff's Second Amended Complaint is dismissed with prejudice.

IT IS FURTHER ORDERED that the Clerk of Court shall mark the case closed for statistical purposes.

BY THE COURT:

/s/ James Knoll Gardner
James Knoll Gardner
United States District Judge