<u>IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA</u>

```
ANDREA S. McLAREN, CNM,         )
                                )  Civil Action
          Plaintiff             )  No. 10-cv-04224
                                )
     vs.                        )
                                )
AIG DOMESTIC CLAIMS, INC.,      )
                                )
          Defendant             )
```

<u>O R D E R</u>

NOW, this 30th day of March, 2012, upon consideration of the following:

(1) Defendant AIG Domestic Claims, Inc.'s Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6) filed November 30, 2010; together with,

    (a) Brief of Defendant AIG Domestic Claims, Inc. in Support of Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6);

(2) Brief of Plaintiff Andrea S. McLaren, CNM in Opposition to Defendant AIG Domestic Claims, Inc.'s Motion to Dismiss Pursuant to F.R.C.P. 12(b)(6), which brief was filed December 21, 2010;

(3) Reply Brief of Defendant AIG Domestic Claims, Inc. in Further Support of Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6), which reply brief was filed January 14, 2011;

(4) Second Amended Complaint filed by plaintiff March 1, 2011; together with,

    (a) Exhibits A through E to the Second Amended Complaint; and

(5) Order of the undersigned dated March 14, 2011 (Document 21) reinstating the above motion to dismiss, brief of defendant, brief of plaintiff, and reply brief of defendant;

and for the reasons articulated in the accompanying Opinion,

<u>IT IS ORDERED</u> that defendant's motion to dismiss is granted.

<u>IT IS FURTHER ORDERED</u> that plaintiff's Second Amended Complaint is dismissed with prejudice.

<u>IT IS FURTHER ORDERED</u> that the Clerk of Court shall mark the case closed for statistical purposes.

                                         BY THE COURT:

                                       <u>/s/ James Knoll Gardner</u>
                                       James Knoll Gardner
                                       United States District Judge